## Commonwealth, Appellant, *v.* Williams et al.

Argued April 13, 1970.

*Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Gilbert E. Morcroft,* for appellees.

The appeal is quashed.

WRIGHT, P. J., dissents.

## DeBellis *v.* Malley, Appellant.

Argued April 13, 1970. *Cosmos J. Reale,* with him *Murovich & Reale,* for appellant; *Russell J. Butler, Jr.,* with him *Damian & Damian,* for appellees.

Judgment affirmed.